WILLIAM MCGRANE [57761]
MCGRANE LLP
Four Embarcadero Center
Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3590
william.mcgrane@mcgranellp.com

Attorneys for Plaintiff Howrey Claims, LLC,
on behalf of itself and all others similarly
situated

FILED

MAY 29 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>HOWREY LLP,<br><br>Debtor.<br><br>HOWREY CLAIMS, LLC,<br><br>Appellant,<br>v.<br><br>RICHARD BECKLER et al.,<br><br>Appellees. | Case No. 13-cv-01889-SBA<br><br>**ORDER GRANTING APPLICATION UNDER LOCAL RULE 7-11 FOR AN ORDER CONSOLIDATING APPEALS** |

1   Appellant Howrey Claims, LLC applied for consolidation of this case, District Court
2   Case No. 13-cv-01889-SBA with District Court Case No. 13-cv-00449-SBA.
3   Having considered the application, the declaration provided in support thereof and good
4   cause appearing,
5   IT IS HEREBY ORDERED THAT
6   1.   The Appellant's application is granted;
7   2.   The appeal in District Court Case No. 13-cv-01889-SBA shall be consolidated
8   with and into the appeal in District Court Case No. 13-cv-00449-SBA;
9   3.   District Court Case No. 13-cv-00449-SBA shall be the lead case and is the case
10  in which all future filings shall be submitted;
11  4.   District Court Case No. 13-cv-01889-SBA shall be closed and terminated;
12  IT IS SO ORDERED.
13  Dated: May 23, 2013

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE HOWREY LLP,

        Plaintiff,

v.

IN RE HOWREY LLP et al,

        Defendant.
_____/

Case Number: CV13-01889 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Dennis Montali
U.S. Bankruptcy Court - San Francisco
235 Pine Street, 19th Floor
San Francisco, CA 94104


Dated: May 30, 2013

                                        Richard W. Wieking, Clerk
                                        By: Jessie Mosley, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE HOWREY LLP et al,

        Plaintiff,

v.

IN RE HOWREY LLP et al,

        Defendant.
_____/

Case Number: CV13-00449 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ad Hoc Committee of Unsecured Creditors
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall,
Suite 1450
Sacramento, CA 95814

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Alexander M. Laughlin
Wiley Rein LLP
7925 Jones Branch Dr.
McLean, VA 22102

Andrea L. Kim
Diamond McCarthy LLP
909 Fannin,
15th Floor
Houston, TX 77010

Andrew Baxter Ryan
Diamond McCarthy LLP
1201 Elm Street,
34th Floor
Dallas, TX 75270

Aron Mark Oliner
Duane Morris, LLP
1 Market Street,
Spear Tower,
#2200
San Francisco, CA 94105

Bradford Frost Englander
Whiteford Taylor and Preston, LLP
3190 Fairview Park Drive
Suite 300
Falls Church, VA 22042

Charles M. Rubio
Diamond McCarthy LLP
909 Fannin,
15th Floor
Houston, TX 77010

Chris David Kuhner
Kornfield Nyberg Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, CA 94612

Christopher Daniel Sullivan
Trepel Greenfield Sullivan & Draa LLP
150 California St.
Suite 2200
San Francisco, CA 94111

Christopher R. Murray
Diamond McCarthy LLP
909 Fannin,
15th Floor
Houston, TX 77010

Craig Mitchell Prim
Murray & Murray, A Professional Corporation
19400 Stevens Creek Blvd.
Suite 200
Cupertino, CA 95014-2548

Dennis Montali
US Bankruptcy Court
P.O. Box 7341
San Francisco, CA 94120-7341

Donna Shizuko Tamanaha
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Dylan G. Trache
Wiley Rein LLP
7925 Jones Branch Drive
#6200
McLean, VA 22102

Eric Albert Nyberg
Kornfield Nyberg Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, CA 94612

Eric D. Madden
Diamond McCarthy LLP
1201 Elm Street,
34th Floor
Dallas, TX 75270

Eve Klein
Law Offices of Duane Morris
1540 Broadway
New York, NY 100262-4086

Geoffrey Arnold Heaton
Duane Morris LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127

H. Jason Gold
Wiley Rein LLP
1776 K Street,
N.W.
Washington, DC 20006

Howard D. Ressler
Diamond McCarthy LLP
650 Eighth Avenue,
39th Floor
New York, NY 10018

James P. Hollihan
Law Offices of Duane Morris LLP
600 Grant Street,
#5010
Pittsburgh, PA 15219-2802

Jason M. Rudd
Diamond McCarthy LLP
909 Fannin,
15th Floor
Houston, TX 77010

Jenny L. Fountain
Murray & Murray
19400 Stevens Creek Blvd.
#200
Cupertino, CA 95014

Joel Dennis Adler
Law Offices of Joel D. Adler
101 Mongomery Street
#2050
San Francisco, CA 94104

Joel M. Walker
Law Offices of Duane Morris LLP
600 Grant Street,
#5010
Pittsburgh, PA 15219-2802

John Benjamin King
Diamond McCarthy LLP
909 Fannin,
15th Floor
Houston, TX 770100

Jon Maxwell Beatty
Diamond McCarthy LLP
909 Fannin,
15th Floor
Houston, TX 77010

Kimberly Ann Posin
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560

Martin Fletcher
Whiteford Taylor and Preston, LLP
Seven Saint Paul Street,
Suite 1500
Baltimore, MD 21202

Maureen A. Harrington
Trepel McGrane Greenfield, LLP
150 California Street
#2200
San Francisco, CA 94111

Minnie Loo
US Dept of Justice, Office of US Trustee
235 Pine Street,
7th Floor
San Francisco, CA 94104-3484

Robert Anthony Franklin
Murray & Murray
A Professional Corporation
19400 Stevens Creek Blvd.
Suite 200
Cupertino, CA 95014-2548

Robert F. Ruyak
Howrey Simon Arnold & White LLP
1201 Pennsylvania Ave., N.W.
#300
Washington, DC 20004

Stephen Todd Loden
Diamond McCarthy LLP
Two Houston Center
909 Fannin Street
15th Floor
Houston, TX 77010

Valerie Morrison
Wiley Rein LLP
7925 Jones Branch Drive,
#6200
McLean, VA 22102

William McGrane
McGrane LLP
Four Embarcadero Center
Suite 1400
San Francisco, CA 94111

Wondie Russell
Law Offices of Wondie Russell
465 Roosevelt Way
San Francisco, CA 94114

Dated: May 30, 2013

                                        Richard W. Wieking, Clerk
                                        By: Jessie Mosley, Deputy Clerk